UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TERESA ARNOLD | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-57 |
| | ) | |
| RESTAURANT MANAGEMENT GROUP, LLC | ) ) | |

## **O R D E R**

Pursuant to LR16.4 of the Local Rules of the United States District Court for the Eastern District of Tennessee, it is hereby **ORDERED** that this case proceed to mediation within the next sixty (60) days. It is also hereby **ORDERED** that all the dates that are presently scheduled in this case including the final pretrial and the trial of this cause are **CANCELLED**.

The parties shall report on the results of mediation on or before September 30, 2005. If mediation has been unsuccessful, this case will be reassigned for trial at that time.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE